UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FERNANDO LINARES BELTRANENA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HILLARY RODHAM CLINTON, in her ) <br> official capacity as the Secretary of State ) <br> for the United States of America ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:09-cv-01457 (PLF) |

**JOINT SCHEDULING PROPOSAL**

Pursuant to the Court's Order of December 9, 2009, counsel for both parties in the above-captioned matter did meet and confer on December 14, 2009, through their undersigned counsel, and jointly submit this proposal for how to proceed in this case. In this Freedom of Information Act case, the plaintiff seeks records related to the denial of his application for a VISA to enter the United States from Guatemala. Defendant denies any wrongdoing in this matter.

The parties believe the matter can be disposed of by dispositive motion following the completion of initial discovery and hereby propose the following schedule for dispositive motions:

(a) Defendant shall produce to the Plaintiff a *Vaughn* Index, along with all non-exempted, responsive documents, no later than February 12, 2010;

(b) Dispositive motions shall be filed no later than February 19, 2010;

(c) Oppositions to dispositive motions shall be filed no later than March 2, 2010; and

(d) Replies to Oppositions to dispositive motions shall be filed no later than March

11, 2010.

A proposed Order accompanies this Proposal.

Dated: December 22, 2009         Respectfully submitted,

/s/                                                     /s/
Asa Hutchinson, D.C. Bar #978732        CHANNING D. PHILLIPS, D.C. Bar #415793
THE ASA HUTCHINSON LAW GROUP   Acting United States Attorney
PLC
3300 Market Street, Suite 404
Rogers, Arkansas 72758
Phone: 479-878-1600                         /s/
Fax: 479-878-1605                              RUDOLPH CONTRERAS, D.C. Bar # 434122
asa@ahlawgroup.com                       Assistant United States Attorney

                                                        /s/
                                                        MITCHELL P. ZEFF, D.C. Bar # 494066
                                                        Assistant United States Attorney
                                                        United States Attorneys Office
                                                        555 4th Street, N.W.
                                                        Washington, D.C. 20530
                                                        (202) 514-7352