# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FERNANDO LINARES BELTRANENA**                          **PLAINTIFF**

**VS.**                          **CASE NO. 1:09-cv-01457**

**HILLARY RODHAM CLINTON, in her official capacity**
**as the Secretary of State for the United States of America**          **DEFENDANT**

## INTERROGATORIES

Comes Now the Plaintiff Fernando Linares Beltranena, by and through his attorneys of record, and pursuant to Federal Rules of Civil Procedure Rule 33 and Local Rule 5.2, propounds the following Interrogatories to the Defendant Hillary Rodham Clinton, in her official capacity as the Secretary of State for the United States of America:

**INTERROGATORY NO. 1:**   For each person who assisted with responding to these Interrogatories, or providing information or documents related thereto, please identify each such person by name, title and office to which he or she is assigned.

**INTERROGATORY NO. 2:**   Please identify by name, title and assigned office each and every individual believed by the Defendant to have personal knowledge regarding the allegations set forth in the Plaintiff's Complaint and/or the facts or alleged facts underlying such allegations, and please state a brief summary of all facts the Defendant believes each such person knows.

**INTERROGATORY NO. 3:**   Please identify by name, title and assigned office each and every individual believed by the Defendant to have personal knowledge of the basis upon which the decision to deny the Plaintiff's U.S. visa application as stated in the Complaint was

1

made and please state a brief summary of all facts the Defendant believes each such person knows.

**INTERROGATORY NO. 4:**   Please identify by name, title and assigned office each and every individual believed by the Defendant to have personal knowledge of the basis or bases upon which the decision(s) to withhold documents and/or provide documents with excisions was made in response to the Plaintiff's Freedom of Information Act request submitted to the Defendant.   Please also state a brief summary of all facts the Defendant believes each such person knows.

**INTERROGATORY NO. 5:**   Please identify by name, title and assigned office each and every individual believed by the Defendant to have made the decision(s) to withhold documents and/or provide documents with excisions in response to the Plaintiff's Freedom of Information Act request submitted to the Defendant, and identify each date each such decision was made.

**INTERROGATORY NO. 6:**   Please explain in detail how and when the various government records were searched in response to the Plaintiff's Freedom of Information Act request submitted to the Defendant.   Please include in the explanation what criteria, parameters and/or methods were used to perform such searches to ensure all documents responsive to the Plaintiff's Freedom of Information Act request would be found and why additional responsive documents were found searching the same records a second time, including whether different criteria, parameters and/or methods were used for the second search(es).

**INTERROGATORY NO. 7:**   For each person who performed any role in deciding to deny the Plaintiff's U.S. visa application, please identify such person by name, title and assigned

office and please indicate whether such person was aware at the time such denial was made that

the Plaintiff represented and/or represents clients accused, charged and/or suspected of terrorism,

rape, drug trafficking and other related crimes.

Dated this 5th day of January, 2010.

Respectfully submitted,

W. Asa Hutchinson
D.C. Bar No. 978732
W. Asa Hutchinson III
Arkansas Bar No. 2001115, admitted *pro hac vice*
THE ASA HUTCHINSON LAW GROUP, PLC
3300 Market Street, Suite 404
Rogers, Arkansas 72758
(Tel) 479-878-1600
(Fax) 479-878-1605

*Attorneys for Fernando Linares Beltranena*

## CERTIFICATE OF SERVICE

I, W. Asa Hutchinson III, attorney of record for Plaintiff hereby certify that on January 5, 2010, I served the foregoing document on counsel for the Defendant via first class mail and electronic mail as follows:

Mitchell P. Zeff
D.C. Bar No. 494066
Assistant U.S. Attorney
District of Columbia
555 Fourth St., N.W.
Washington, DC 20530
mitchell.zeff@usdoj.gov

W. Asa Hutchinson III