UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FERNANDO LINARES BELTRANENA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:09-cv-01457 (PLF) |
| HILLARY RODHAM CLINTON, in her official capacity as the Secretary of State for the United States of America | ) ) ) ) ) |
| Defendant. | ) ) |

## PROTECTIVE ORDER

Having considered Defendant's Motion for Protective Order, the Memorandum of Points and Authorities in Support thereof, and the entire record, it is hereby ordered that Defendant's motion is GRANTED; and it is further ordered that all discovery in this action is hereby STAYED until further order of the Court.

_____

UNITED STATES DISTRICT JUDGE